# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CARLTON E. BRYANT,

      Plaintiff,

v.                             CASE NO. 4:07cv165-RH/WCS

OFFICER CALVIN BEDENBAUGH,
et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This is a civil rights case. The *pro se* plaintiff apparently has moved from the address listed on his pleadings. The defendants have been unable to serve their answer on the plaintiff, and papers sent to the plaintiff by the clerk of the court have been returned. On March 3, 2008 — now more than four months ago — the magistrate judge entered a report and recommendation concluding that the case should be dismissed without prejudice based on the plaintiff's failure to comply with court orders. The plaintiff filed no objections to the report and recommendation (presumably because the plaintiff never received a copy and has not monitored the docket), and the plaintiff has filed nothing else. I have delayed

entry of an order for dismissal of the case in order to give the plaintiff further time to file notice of his address or otherwise to show any interest in the case.  But the plaintiff has done nothing.  He has failed to prosecute the case, and there is no way to give him notice or order him to take further action.  Accordingly,

    IT IS ORDERED:

    The report and recommendation (document 39) is ACCEPTED and adopted as the further opinion of the court.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

    SO ORDERED on July 10, 2008.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge